AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

FILED
5:11 pm Jul 19 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19mj3190 |
| CHARLES VACCARO | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2019 thru July 19, 2019__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 1349 | Conspiracy to Commit Securities Fraud |
| 18 U.S.C., Section 1348 | Securities Fraud |
| 18 U.S.C., Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference

☑ Continued on the attached sheet.

_Complainant's signature_

Anthony Fry, Special Agent
_Printed name and title_

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: __5:06 PM, Jul 19, 2019__

_Judge's signature_

City and state: __Cleveland, Ohio__

Thomas M. Parker, U.S. Magistrate Judge
_Printed name and title_