**Query**　　**Reports**　　**Utilities**　　**Help**　　**What's New**

**Log Out**

CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CRIMINAL DOCKET FOR CASE #: 2:19-mj-00666-ARL All Defendants

Case title: USA v. Vaccaro　　　　　　　　　　　Date Filed: 07/22/2019

Assigned to: Magistrate Judge Arlene R. Lindsay

**Defendant (1)**

| | |
|---|---|
| **Charles Vaccaro** | represented by **John Frederick Carman**<br>John Carman, Esq.<br>666 Old Country Road<br>Garden City, NY 11530<br>(516) 683-3600<br>Fax: 516-683-8410<br>Email: john@johncarmanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1349.F | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Charles N. Rose**<br>United States Attorneys Office<br>610 Federal Plaza<br>Central Islip, NY 11722<br>631-715-7844<br>Fax: 631-715-7922<br>Email: charles.rose@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2019 | 1 | REMOVAL TO THE NORTHERN DISTRICT OF OHIO as to Charles Vaccaro (1). (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 2 | Minute Entry for proceedings held before Magistrate Judge Arlene R. Lindsay Initial Appearance as to Charles Vaccaro held on 7/22/2019. Appearances: AUSA Charles Rose, John Carman for Mr. Vaccaro. Mr. Vaccaro waived his right to a Rule 5 hearing. Order Setting Conditions of Bond entered. (ESR 4:16 - 4:33) (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 3 | WAIVER of Rule 5 Hearing by Charles Vaccaro. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 4 | ORDER Setting Conditions of Release as to Charles Vaccaro (1) 1,000,000. Ordered by Magistrate Judge Arlene R. Lindsay on 7/22/2019. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/22/2019 | 5 | |

|            |   |   |
|------------|---|---|
|            |   | REDACTION by Charles Vaccaro to [4](#) 1 - Sealed Document CR, Order Setting Conditions of Release (Imrie, Robert) (Entered: 07/29/2019) |
| 07/25/2019 | 6 | Letter MOTION for Extension of Time to File *(meet collateral requirements of his personal recognizance bond)* by Charles Vaccaro. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/26/2019 | 7 | ORDER granting 6 Motion for Extension of Time to File as to Charles Vaccaro (1). Ordered by Magistrate Judge Arlene R. Lindsay on 7/26/2019. (Imrie, Robert) (Entered: 07/29/2019) |
| 07/29/2019 |   | Notice to Northern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Charles Vaccaro. Your case number is: 1:19-mj-3190. The clerk will transmit ALL applicable documents via email. The [Financial Department - NYED] finance office will transmit the bond and/or passport collected. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Imrie, Robert) (Entered: 07/29/2019) |