UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # C 754

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Charles Vaccaro            Case Number: 1:19 mj 3190

Address:                          ~~Passport Number:~~

Sunny Isles Beach, FL             Country of Origin:
33160                             Expiration Date:

Date Rec'd: 8-23-19

Description of Property Other than Passport:
Certificate of Title of 2018 Rolls Royce IN SCA664D53J4115744
TITLE # 130531382

_____        _____
Signature of Individual Surrendering ~~Passport~~/Other Title    Clerk's Signature

Justin Withrow c/o Flannery Georgalis, LLC
Print Name

☐ Original of Receipt Provided to Defendant or Individual
☑ Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:                    Rec'd by:
                                  Rec'd from:
Purpose Returned:

Address (If Mailed):

_____        _____
Signature of Individual Retrieving Passport/Other    Clerk's Signature

Print Name