IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19MJ3190 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | | |

Now comes the United States of America, by and through counsel, Justin E. Herdman,

United States Attorney, and Alejandro A. Abreu, Assistant U. S. Attorney, and respectfully

advises the Court that the undersigned will appear as co-counsel of record, and requests that all

notices and entries sent by this Court to Alejandro A. Abreu, Assistant U.S. Attorney, also be

sent to Megan R. Miller, Assistant U. S. Attorney.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:    /s/ Megan R. Miller
Megan R. Miller (OH: 0085522)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3855
(216) 522-2403 (facsimile)
Megan.R.Miller@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of January 2020, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Megan R. Miller
Megan R. Miller
Assistant U.S. Attorney