# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00392 |
| Plaintiff, | |
| v. | JUDGE: SOLOMON OLIVER, JR. |
| CHARLES VACCARO, | |
| Defendant. | **NOTICE OF APPEARANCE** |

Please take notice that the undersigned counsel, Eric C. Nemecek, of Friedman & Nemecek, L.L.C., hereby enters his appearance as co-counsel on behalf of Defendant, Charles Vaccaro in the above-captioned matter.

Respectfully Submitted,

*/s/ Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH  44114
Ph. (216) 928-7700
E-Mail: ecn@fanlegal.com
*Co-Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appearance was filed on the 27th day of April, 2021, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties.

/s/ Eric C. Nemecek
ERIC C. NEMECEK