# Randy Zelin

**From:** Randy Zelin
**Sent:** Wednesday, August 11, 2021 5:56 PM
**To:** Alejandro A. Abreu
**Subject:** Vaccaro new problem

Alex:

Word is getting back to my client from the Marina that the marshals/captain hired by the marshals damaged my client's boat and one or more other boats when the boat was taken. The other owners are needless to say quite angry and want to be compensated. I also need to know the damage on my client's boat and how the government intends to pay the other owners and to fix my client's boat.

I am waiting for more details.

Randy Zelin
Wilk Auslander LLP


We've Moved:

825 Eighth Ave., Suite 2900

New York, NY 10019
Main: 212.981.2300
Cell: 917.515.3800
Direct Dial: 646.375.7665
Fax: 212.752.6380
rzelin@wilkauslander.com

https://www.wilkauslander.com



**NOTES: This message and any attachments are confidential to the ordinary user of the e-mail address to which it was addressed and may also be privileged. If you are not the addressee you may not copy, forward, disclose or use any part of the message or its attachments. If you have received this message in error, please notify the sender immediately by return e-mail and delete this message from your system. Wilk Auslander LLP reserves the right to monitor and review the content of all e-mail communications sent to and received by its employees.**

**Internet communications cannot be guaranteed to be secure or error-free as information could arrive late or contain viruses or be intercepted, corrupted, or lost. The sender, therefore, does not accept liability for any errors or omissions in the content of this message which arise as a result of Internet transmission. If verification is required please request a hard-copy version.**

# Randy Zelin

**From:** Randy Zelin
**Sent:** Thursday, August 12, 2021 10:46 AM
**To:** Alejandro A. Abreu
**Subject:** Vaccaro

Alex:

As I understand it, the Marshals bent the anchor on the boat next to my client's boat. This must mean that there is some serious damage to the gel coat of my client's boat (port side).   We need to get access to my client's boat to see exactly what damage was done

Randy Zelin
Wilk Auslander LLP


We've Moved:

825 Eighth Ave., Suite 2900

New York, NY 10019
Main: 212.981.2300
Cell: 917.515.3800
Direct Dial: 646.375.7665
Fax: 212.752.6380
rzelin@wilkauslander.com

https://www.wilkauslander.com



**NOTES: This message and any attachments are confidential to the ordinary user of the e-mail address to which it was addressed and may also be privileged. If you are not the addressee you may not copy, forward, disclose or use any part of the message or its attachments. If you have received this message in error, please notify the sender immediately by return e-mail and delete this message from your system. Wilk Auslander LLP reserves the right to monitor and review the content of all e-mail communications sent to and received by its employees.**

**Internet communications cannot be guaranteed to be secure or error-free as information could arrive late or contain viruses or be intercepted, corrupted, or lost. The sender, therefore, does not accept liability for any errors or omissions in the content of this message which arise as a result of Internet transmission.  If verification is required please request a hard-copy version.**

# Randy Zelin

| | |
|---|---|
| **From:** | Randy Zelin |
| **Sent:** | Thursday, August 12, 2021 3:16 PM |
| **To:** | Abreu, Alejandro A. (USAOHN) |
| **Cc:** | Randy Zelin |
| **Subject:** | THE BOAT.pdf |
| **Attachments:** | THE BOAT.pdf |

Alex;

Here are photos of the damage to the anchor of the boat (apparently a brand-new boat) which was docked next to the Azimut. The owner is looking for compensation to replace the anchor. In this light, I can't imagine the damage to the side of my client's boat given the damage to this anchor.

I would appreciate hearing back from you as to next steps. We would like to have immediate access to the Azimut to do our own damage assessment.

My client reserves all rights.

**Randy Zelin**
**Wilk Auslander LLP**
**Worldwide Plaza**
**825 Eighth Ave., Suite 2900**
**New York NY 10019**
Main: 212.981.2300
Cell: 917.515.3800
Direct Dial: 646.375.7665
Fax: 212.752.6380
rzelin@wilkauslander.com
https://www.wilkauslander.com

**NOTES:** This message and any attachments are confidential to the ordinary user of the e-mail address to which it was addressed and may also be privileged. If you are not the addressee you may not copy, forward, disclose or use any part of the message or its attachments. If you have received this message in error, please notify the sender immediately by return e-mail and delete this message from your system.

1