**RANDY SCOTT ZELIN P.C.**
641 LEXINGTON AVENUE, 29th Fl.
NEW YORK, NEW YORK 10022
(T) 212.319.4000 (F) 212.656.1118
www.randyzelinlaw.com

Randy Zelin
rsz@rszpc.com

February 10, 2022

Via ECF
The Honorable Simon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

      Re:    United States v. Charles Vaccaro, et al.
              Case no. 1:20-CR-392

Dear Judge Oliver:

    I represent defendant Charles Vaccaro. I write to follow on up the Court's Status Conference Order filed on February 9, 2022 (ECF Document no. 174) relative to the "Inflatable."

    I direct the Court's attention to the attached Florida Vessel Registration ("Registration") for the Inflatable which shows it to be just that – an Inflatable (see "Inflat"). The Court is already in possession of the Registration as well as the Certificate of Title. These official documents confirm that the Inflatable is its own "vessel" separate, apart and distinct from the "Boat" named in the Seizure Warrant.

    Also attached are photos previously provided by the government and me. These photos likewise corroborate that the Inflatable is an Inflatable.

                                                              Respectfully submitted,

                                                              *Randy Zelin*
To:    All counsel via ECF                        Randy Zelin