# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.319.4000
F 212.656.1118

April 12, 2022

Via ECF
The Honorable Simon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

      Re:    United States v. Charles Vaccaro, et al.
                Case no. 1:20-CR-392

Dear Judge Oliver:

      I represent defendant Charles Vaccaro. I write in the backdrop of the government's *Supplement to United States' Response* (ECF Document no. 179) filed on April 7, 2022. Forgive me for not responding sooner, but I did not receive a notification of the filing. I write to address the government's filing.

      First, the government's filing is untimely. Second, I am amazed that the government would come back to litigate the inflatable, after the government chastised me on the record at the conference over what the government claimed was my obsession with the return of the inflatable -- to the point that the government stated to your Honor that it preferred not to have any further discussions with me related to this case. Your Honor will recall that I pushed back on the government's allegations -- that my time and attention was misdirected. I represented to the Court that I had not brought up the inflatable in quite some time. I also apologized and represented that my time and attention would be dedicated to moving the case forward. And I kept to my commitment, by reaching out the government more than once to discuss a reverse proffer subsequent to the conference.

      And this is the government's response?

Nonetheless, I ask that the government's submission be rejected. In the alternative, I ask for April 18, 2022 to respond to the government's submission.

Respectfully submitted,

*Randy Zelin*
Randy Zelin

To: All counsel via ECF