# RANDY SCOTT ZELIN P.C.

**641 LEXINGTON AVENUE**
**29TH FLOOR**
**NEW YORK, NEW YORK 10022**

**WWW.RANDYZELINLAW.COM**

**Randy Zelin**  T 212.319.4000
rsz@rszpc.com  F 212.656.1118

November 17, 2022

Via ECF
The Honorable Simon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

      Re:    United States v. Charles Vaccaro, et al.
                 Case no. 1:20-CR-392

Dear Judge Oliver:

      I represent defendant Charles Vaccaro. I write in furtherance of tomorrow's status conference Specifically, I write to address my efforts to file a motion for a post-restraint, pretrial hearing challenging the government's restraint of allegedly forfeitable assets.

      Against the backdrop of the guidance provided by the Tenth Circuit in *United States v. Jones*, 160 F.3d 641 (10th Cir. 1998), I believe my client and I have assembled sufficient proof that he has no assets, other than those assets presently burdened by the restraint. Consequently, he is unable to continue to retain me as his private counsel of choice and he is unable to provide for himself.  However, the analysis required for my client to make a prima facie showing of error in the grand jury's determination that the restrained assets are, or are derived from, gross proceeds traceable to the alleged criminal offense conduct has not been completed.  We are still reviewing bank records, against the dates of purchase of the restrained assets. We should have our work completed and the motion filed by December 15, 2022.

      Thank you for your kind consideration.

                                              Respectfully submitted,

                                              *Randy Zelin*
                                              Randy Zelin

To:    All counsel via ECF