# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN					T 212.319.4000
RSZ@RSZPC.COM					F 212.656.1118

December 20, 20222

Via ECF
The Honorable Solomon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

      Re:    United States v. Charles Vaccaro, et al.
                 Case no. 1:20-CR-392

Dear Judge Oliver:

      I represent defendant Charles Vaccaro. I write in the backdrop of your Honor's Order (ECF Document no. 199) relative to an April 17, 2023 trial date.

      As the court knows from our last conference, my client has been unable to pay legal fees (or his living expenses). The court was kind enough to give me the opportunity to file a motion under a *Jones* Test for the return of pre-trial restrained assets. I filed this motion (ECF Document no. 198).

      Unless and until the court grants my client's application in whole or in part, I will not be able to continue as Mr. Vaccaro's counsel. I would have no choice but to move to withdraw.

      I bring this issue to your Honor's attention again, so there is sufficient time for the court to hear and determine my motion to withdraw if my client's application for the return of assets is denied. .

      Thank you for your kind consideration.

                                              Respectfully submitted,

                                              *Randy Zelin*
To:    All counsel via ECF                       Randy Zelin