## AFFIDAVIT

I, Alex Chuna, Forensic Accountant for the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I have been a Forensic Accountant (FoA) with the Federal Bureau of Investigation since January 2017. I am currently assigned to an FBI squad which investigates securities fraud, wire fraud, and other financial crimes. During my tenure with the FBI, I have participated in financial fraud investigations involving stock market manipulation and other illegal manipulative trading schemes. I have participated in the investigation of securities fraud by Charles Vaccaro, among others, since approximately 2019. I have acquired and reviewed bank and other financial records during the investigation and am familiar with the facts and circumstances of the investigation. Except as explicitly set forth below, I have not distinguished in this Affidavit between facts of which I have personal knowledge and facts of which I learned from other law enforcement agents.

## THE SUBJECT PROPERTIES

2. I make this Affidavit in support of the United States' Response to Defendant Charles Vaccaro's Motion for Release of Assets Seized Pretrial. The (4) subject vehicles are as follows:

a.) 2016 Range Rover, VIN: SALWV2EF8GA544909. Charles Vaccaro purchased this vehicle on or around July, 2017, from Momentum Jaguar and Volvo for $90,327.79. Upon its purchase, the vehicle was titled to Charles Vaccaro. There are no liens attached to the vehicle.

b.) 2018 Rolls Royce Dawn, VIN: SCA666D53JU115744. Charles Vaccaro


GOVERNMENT EXHIBIT 2

purchased this vehicle on or around July, 2018, from Gold Coast Exotic Imports LLC for $376,660.94. Upon its purchase, the vehicle was titled to Charles Vaccaro. There are no liens attached to the vehicle.

      c.)      2019 Porsche 911, VIN: WP0BB2A95KS125806. Charles Vaccaro purchased this vehicle on or around March, 2019, from Copans Motors Inc for $164,481.14. Upon its purchase, the vehicle was titled to C Weed Yacht Charter LLC. There are no liens attached to the vehicle.

      d.)      2018 Tesla Model S 100D, VIN: 5YJSA1E23JF261390. Charles Vaccaro purchased this vehicle on or around June, 2018, from Tesla Motor Corp. for $116,919.83. Upon its purchase, the vehicle was titled to Charles Vaccaro. There are no liens attached to the vehicle.

## FINANCIAL INFORMATION

3.      On September 15, 2017, Charles Vaccaro opened a bank account at JP Morgan Chase in the name of C Weed Yacht Charter LLC ending in x8185 (**Bank Account 1**). Charles Vaccaro is the signor on the account. Approximately $4,150,000.00 was deposited into Bank Account 1 between September 15, 2017 and August 2019, which consisted of the following:

- From October 2017 to August 2019, Bank Account 1 received approximately $3,900,000.00 in bank transfers from Bank Account 3, which is described below.

- In September 2018, Bank Account 1 received approximately $250,000.00 in the form of a bank transfer from Bank Account 4, described below.

4.      On September 10, 2015, Charles Vaccaro opened a bank account at JP Morgan Chase in the name of Sign N Drive Auto Mall Inc ending in x5389 (**Bank Account 3**). Charles Vaccaro was the only signor on the account until the account was closed on September 30, 2019. Approximately $26,193,444.29 was deposited into Bank Account 3 between April 7, 2017 and

2

September 30, 2019. On April 7, 2017, the balance of Bank Account 3 was $2,647.76.

5. Your Affiant respectfully submits that nearly all (at least 96%) of the $26,193,444.29 deposited into Bank Account 3 was derived from the fraudulent scheme charged in the Superseding Indictment returned in N.D. Ohio Case No. 1:20-CR-392. As set forth below, Bank Account 3 received at least this amount from unregistered brokerage firms, a registered brokerage firm, and a business associated with Charles Vaccaro used to facilitate the fraudulent scheme. Additionally, all - or nearly all - of the funds deposited into Bank Account 1 during the relevant time period were derived, directly or indirectly, from Bank Account 3. In particular, the deposits into Bank Account 3 consisted of the following:

- From April 2017 to June 2018, Bank Account 3 received approximately $16,161,231.99 from Wilson and Davis. Wilson and Davis is a registered brokerage firm.

- On August 1, 2018, Bank Account 3 received approximately $150,000.00 from Back Nine Capital, LLC. Back Nine Capital LLC is a business associated with Charles Vaccaro used to facilitate the fraudulent scheme.

- From August 2018 to March 2019, Bank Account 3 received approximately $2,800,000.00 from Woodmont Investment Group. Woodmont Investment Group is an unregistered brokerage firm.

- From October 2018 to January 2019, Bank Account 3 received approximately $1,930,824.83 from L2 Capital LLC. L2 Capital LLC is an unregistered brokerage firm.

- On February 21, 2019, Bank Account 3 received approximately $408,556.00 from Ramos and Ramos Investments Ltd. Ramos and Ramos Investments Ltd is an unregistered brokerage firm.

- During March 2019, Bank Account 3 received approximately $415,850.00 from River Ridge Partners, LP. River Ridge Partners, LP is an unregistered broker.

- From April 2019 to June 2019, Bank Account 3 received approximately $2,592,730.00 from Green Coast Capital International SA LLC. Green Coast Capital International SA LLC is an unregistered brokerage firm.

- From April 2019 to June 2019, Bank Account 3 received approximately

$782,448.00 from Mudai Nakagawa, the operator of an unregistered offshore brokerage firm.

- From November 2017 to March 2018, Bank Account 3 received approximately $828,050.47 from other Sign N Drive Auto Mall Inc accounts from other banking institutions.

- From February 2017 to May 2019, Bank Account 3 received approximately $123,753.00 from other unidentified sources.

6. On March 8, 2018, co-defendant Gary Berlly and Charles Vaccaro opened a bank account at JP Morgan Chase, in their own names, ending in x9969 (**Bank Account 4**). Approximately $321,587.58 was deposited into Bank Account 4 between March 2018 and January 2019, which consisted of the following:

- From March 2018 to January 2019, Bank Account 4 received approximately $67,600.00 in bank transfers from Bank Account 3.

- On or around September 18, 2018, Bank Account 4 received approximately $253,987.58 in transfers from L2 Capital LLC. L2 Capital LLC is an unregistered brokerage firm.

7. From October 2017 to August 2019, Charles Vaccaro transferred $3,900,000.00 from Bank Account 3 to Bank Account 1 in 16 separate transactions, as follows:

i.) On October 23, 2017, Charles Vaccaro transferred $10,000.00 from Bank Account 3 to Bank Account 1.

ii.) On December 15, 2017, Charles Vaccaro transferred $1,000,000.00 from Bank Account 3 to Bank Account 1.

iii.) On June 18, 2018, Charles Vaccaro transferred $200,000.00 from Bank Account 3 to Bank Account 1.

iv.) On June 20, 2018, Charles Vaccaro transferred $200,000.00 from Bank Account 3 to Bank Account 1.

v.) On October 1, 2018, Charles Vaccaro transferred $200,000.00 from Bank Account 3 to Bank Account 1.

vi.) On March 15, 2019, Charles Vaccaro transferred $100,000.00 from Bank Account 3 to Bank Account 1.

vii.) On April 3, 2019, Charles Vaccaro transferred $100,000.00 from Bank Account 3 to Bank Account 1.

viii.) On May 30, 2019, Charles Vaccaro transferred $50,000.00 from Bank Account 3 to Bank Account 1.

ix.) On June 12, 2019, Charles Vaccaro transferred $20,000.00 from Bank Account 3 to Bank Account 1.

x.) On June 21, 2019, Charles Vaccaro transferred $140,000.00 from Bank Account 3 to Bank Account 1.

xi.) On June 24, 2019, Charles Vaccaro transferred $200,000.00 from Bank Account 3 to Bank Account 1.

xii.) On July 2, 2019, Charles Vaccaro transferred $200,000.00 from Bank Account 3 to Bank Account 1.

xiii.) On July 12, 2019, Charles Vaccaro transferred $400,000.00 from Bank Account 3 to Bank Account 1.

xiv.) On July 23, 2019, Charles Vaccaro transferred $400,000.00 from Bank Account 3 to Bank Account 1.

xv.) On August 13, 2019, Charles Vaccaro transferred $400,000.00 from Bank Account 3 to Bank Account 1.

xvi.) On August 23, 2019, Charles Vaccaro transferred $280,000.00 from Bank Account 3 to Bank Account 1.

8. Charles Vaccaro used funds from Bank Account 1 and/or Bank Account 3 to purchase the (4) subject vehicles, as follows:

a.) In June 2017, Charles Vaccaro purchased the subject 2016 Range Rover, VIN: SALWV2EF8GA544909, white in color, from Momentum Jaguar Volvo in two separate transactions totaling $90,327.79 from Bank Account 3. Momentum Jaguar Volvo purchase records show that Charles Vaccaro purchased this 2016 Range Rover on or around June 15, 2017. The separate transactions were as follows:

On June 15, 2017, Charles Vaccaro made a debit card purchase of $1,000.00 from Bank Account 3 to Momentum Jaguar Volvo to purchase the 2016 Range Rover.

On June 19, 2017, Charles Vaccaro took out a cashier's check in the amount of $89,327.79 from Bank Account 3 to Momentum Jaguar Volvo to purchase the 2016 Range Rover.

b.) From March 2018 to July 2018, Charles Vaccaro wired $376,660.94, in three separate wires, to Gold Coast Exotic Imports LLC to purchase the subject 2018 Rolls Royce Dawn, blue in color, VIN: SCA666D53JU115744. Gold Coast Exotic Imports LLC purchase records show that Charles Vaccaro purchased this 2018 Rolls Royce Dawn on or around July 16, 2018. The separate wires were as follows:

On March 30, 2018, Charles Vaccaro wired $25,000.00 from Bank Account 1 to Gold Coast Exotic Imports LLC to purchase the 2018 Rolls Royce Dawn.

On July 2, 2018, Charles Vaccaro wired $127,000.00 from Bank Account 1 to Gold Coast Exotic Imports LLC to purchase the 2018 Rolls Royce Dawn.

On July 16, 2018, Charles Vaccaro wired $224,660.94 from Bank Account 1 to Gold Coast Exotic Imports LLC to purchase the 2018 Rolls Royce Dawn.

c.) On March 15, 2019, Charles Vaccaro wired $164,481.14 from Bank Account 1 to Copan Motors Inc to purchase the subject 2019 Porsche 911, VIN: WP0BB2A95KS125806, white in color. Charles Vaccaro placed an additional $2,500.00 deposit on the 2019 Porsche 911 on an unrelated credit card. Copan Motors Inc purchase records show that Charles Vaccaro purchased this 2019 Porsche 911 on or around March 15, 2019.

d.) From May 2018 to June 2018, Charles Vaccaro purchased the subject 2018 Tesla Model S 100D, VIN: 5YJSA1E23JF261390, from Tesla Motor Corp in two separate debit card purchases totaling $116,919.83. Tesla Motor Corp purchase records show that Charles Vaccaro purchased this 2018 Tesla Model S 100D on or around June 23, 2018. The separate debit card purchases were as follows:

On May 8, 2018, Charles Vaccaro made a debit card purchase of $2,500.00 from Bank Account 3 to Tesla Motor Corp to purchase the 2018 Tesla Model S 100D.

On June 26, 2018, Charles Vaccaro made a debit card purchase of $114,419.83 from Bank Account 3 to Tesla Motor Corp to purchase the 2018 Tesla Model S 100D.

Respectfully submitted,

*Alex Chuna*

Alex Chuna, Forensic Accountant
Federal Bureau of Investigation