IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:20CR392 |
| Plaintiff | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | |
| | | NOTICE OF FILING OF |
| Defendant | * | DISCOVERY DEMAND |

* * *

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and hereby gives notices that on June 5, 2023, he submitted to Assistant United States Attorney Alejandro A. Abreu his demand for discovery pertaining to the above-captioned case. (Discovery request attached)

Respectfully submitted,

/S/ NATHAN A. RAY
NATHAN A. RAY, 0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 – 330-253-7174 (fax)
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on June 5, 2023, a copy of the foregoing Notice of Filing of Discovery Demand was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/S/ NATHAN A. RAY
NATHAN A. RAY
Attorney for Defendant