# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.319.4000
F 212.656.1118

June 5, 2023

Via ECF
The Honorable Solomon Oliver, Jr.
United States District Judge
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 17A
Cleveland, Ohio 44113-1838

> Re:  United States v. Charles Vaccaro, et al.
>      Case no. 1:20-CR-392

Dear Judge Oliver:

I represent defendant Charles Vaccaro (subject to the Court's conditional order allowing me to withdraw). In furtherance of the Court's condition that I ensure that Mr. Vaccaro's appeal does not fall through the cracks with my withdrawal, attached is a copy of my motion to withdraw as appellate counsel in the Sixth Circuit which I will file as soon as the Clerk's Office allows me filing privileges (pending).

Thank you for your kind consideration.

Respectfully submitted,

*Randy Zelin*
Randy Zelin

To:  All counsel via ECF