IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | |
| Defendants | * | DEFENDANT CHARLES VACCARO'S MOTION TO COMPEL DISCOVERY |
| | * * * | |

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and hereby moves this Court to compel discovery in this case.

On July 19, 2019, a Criminal Complaint was filed against Mr. Vaccaro (Doc. #1). Due to numerous continuances, the case remained in limbo until the filing of an Indictment on July 23, 2020 (Doc. #21). During the above time frame several attorneys entered their appearances but subsequently withdrew. On March 3, 2021, attorney Randy Zelin entered his appearance on behalf of Mr. Vaccaro (Doc. # 64). On April 29, 2021, a Superseding Indictment was filed (Doc. #78). From that point on numerous continuances were granted by this Court, primarily due to the voluminous amount of discovery in this case that was to be provided to the defense as well as on going plea discussions. On April 26, 2023, Attorney Zelin moved to withdraw from representation of Mr. Vaccaro, which this Court permitted at a hearing on June 5, 2023, with the appointment of undersigned counsel. In the Minute of Proceedings, this Court ordered that Attorney Zelin was to provide to new counsel all discovery in his possession, including a flash drive. To date, undersigned counsel has not received any discovery.

On June 5, 2023, new counsel submitted a Notice of Filing of Discovery Demand (Doc. #241). On June 6, 2023, new counsel emailed prior counsel regarding this Court's order

concerning discovery and obtaining same.  Counsel has received a limited number of documents containing prior counsel's files, but nothing containing discovery.  Since than counsel has continued to reach out to prior counsel regarding discovery.  Counsel made the government aware of prior counsel's failure to provide discovery in this matter, and on July 26, 2023, the government requested that counsel provide to them a 5tb hard drive to download all of the discovery.  On July 27, 2023, counsel forwarded by Federal Express the requested hard drive to the government.  To date counsel has not received discovery.

Counsel has attempted to resolve this matter without involving the Court, without success.  The purpose of this Court's granting counsel's motion for a continuance was to allow him the opportunity to bring himself up to speed in what is a complex matter.  Without discovery this cannot happen.

WHEREFORE, Mr. Vaccaro respectfully requests this Court grant his motion to compel discovery.

Respectfully Submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant

PROOF OF SERVICE

I hereby certify that on August 17, 2023, a copy of the foregoing Defendants' Motion to Compel Discovery was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant