IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392-1 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | OPPOSITION TO MOTION TO COMPEL |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through undersigned counsel, submits its opposition to Defendant Vaccaro's motion to compel the production of discovery. The Court should deny the motion because the issue is moot.

As of August 17, 2023, the day Defendant filed his motion, the government had made seven productions of discovery to Vaccaro's former defense attorneys between September 2020 and April 2021. On May 19, 2021, the government reproduced many of its discovery productions to Defendant Vaccaro's then retained attorney, Randy Zelin. As noted in his motion, Mr. Zelin was ordered to transfer the discovery to newly appointed counsel, Nathan Ray. To date, Mr. Zelin has failed to do so. At Mr. Ray's request, the government agreed to reproduce all the discovery to Mr. Ray after it received a requested hard drive from counsel in late July. Counsel was previously informed it could take weeks for the copy to be completed.

2

The copy process has been completed and discovery is being sent to Attorney Ray. The Court should deny the motion as moot.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:    /s/ Alejandro A. Abreu
       Alejandro A. Abreu (OH: 0089477)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3620
       (216) 522-2403 (facsimile)
       Alejandro.A.Abreu@usdoj.gov