IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al*., | ) | |
| | ) | **SECOND BILL OF PARTICULARS** |
| Defendants. | ) | Re: Forfeiture |

  NOW COMES the United States of America, by the undersigned counsel, and respectfully submits this Second Bill of Particulars - Re: Forfeiture.  On April 29, 2021, a 19-count Superseding Indictment (R. 78) was returned in the above-captioned case.  The Superseding Indictment included two forfeiture provisions - namely, "FORFEITURE: COUNTS 1-18" (pages 63-65 of the Superseding Indictment) and "FORFEITURE: COUNT 19" (page 65 of the Superseding Indictment) - which are incorporated herein by reference.  By this Second Bill of Particulars - Re: Forfeiture, the United States specifies that the property subject to forfeiture under the forfeiture provision entitled "FORFEITURE: COUNTS 1-18" also includes, but is not limited to, the following:

  • AB JET 330 ("dinghy"), with corresponding Vessel Identification Number: MSN45017G819 and Title Number: 132123201.  CHARLES VACCARO purchased the "dinghy" in or about March, 2019, for $28,670.00.

              Respectfully submitted,

              Rebecca C. Lutzko
              U.S. Attorney, Northern District of Ohio

      By: /s/ James L. Morford        .
         James L. Morford (Ohio: 0005657)
         Assistant United States Attorney, N.D. Ohio
         Carl B. Stokes U.S. Court House
         801 West Superior Avenue, Suite 400
         Cleveland, Ohio  44113
         216.622.3743 / James.Morford@usdoj.gov