IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | |
| Defendants | * | DEFENDANT CHARLES VACCARO'S MOTION TO MODIFY BOND REQUIREMENTS |
| | * * * | |

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and herby moves this Court to modify the bond requirements in his case.  In the Order Setting Conditions of Release and Bond, condition one states, "The defendant must remain in and may not leave the following areas without Court permission: New York, Florida, Ohio (Doc. #4-3, Order, PageID #94).  Mr. Vaccaro is now requesting that this condition be modified so that he can travel without restriction within the 48 contiguous states.  The Order of bond conditions was filed on July 29, 2019.  Since that time Mr. Vaccaro has complied with all of the terms and conditions.  Should Mr. Vaccaro wish to travel to other areas of the United States he would like to be able to do so freely.  As set forth above, since 2019 he has complied with the Order and limited his travel to the three states permitted.  He is now requesting that that limitation be modified as requested.

Under 18 U.S.C. § 3142(c)(3), the Court "may at any time amend the order to impose additional or different conditions of release."   Mr. Vaccaro has no criminal history, and he is not a flight risk.  After being arrested, Mr. Vaccaro's appearance bond was $1,000,000.  In 2022, this Court modified the Order setting forth the conditions of bond based upon Mr. Vaccaro's motion, and reduced the bond to a $200,000.00 secured bond (Doc. 175, Order, PageID #917-18).

Throughout the four years that Mr. Vaccaro has been on bond it does not appear that there have been any violations, supporting the position that he is not a risk of flight or danger.  Further, it would support Mr. Vaccaro's request to lift the travel restrictions to allow him to freely travel throughout the United States.   Counsel has spoken with AUSA Abreu who opposes this motion.

WHEREFORE, Mr. Vaccaro respectfully requests this Court grant his motion to modify the conditions of his bond so that he can travel within the 48 contiguous states.

Respectfully Submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant

PROOF OF SERVICE

I hereby certify that on November 28, 2023, a copy of the foregoing Defendants' Motion to Modify Bond Requirements was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant