UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

  Pending before the court is Defendant Charles Vaccaro's Motion to Modify Conditions of Release, (ECF No. 286) and the United States' Response to the Motion, (ECF No. 297). The Motion is denied. Defendant's current bond conditions relative to travel are broader than those of most Defendants. However, if Defendant has special circumstances which would require his travel outside of Florida, New York and Ohio, he may timely motion the court for permission. The court would then seek the recommendation of Pretrial/Probation regarding the request.

  IT IS SO ORDERED.

                        */s/SOLOMON OLIVER, JR.*
                        UNITED STATES DISTRICT JUDGE

January 5, 2024