IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392-1 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | MOTION FOR ORDER REQUIRING U.S. MARSHAL TO TRANSPORT DEFENDANT TO THE PRETRIAL |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and respectfully moves this Court for an order requiring the U.S. Marshal to transport Mr. Vaccaro from Miami, Florida to Cleveland, Ohio so that he can be present and attend the Pretrial scheduled for April 25, 2024, at 2:00 p.m.

As basis for this request, Mr. Vaccaro is a resident of Miami, Florida and is currently on pretrial release during the pendency of this matter.  As undersigned counsel was appointed as CJA counsel for Mr. Vaccaro, Mr. Vaccaro does not have the funds necessary to get from Miami, Florida to Cleveland, Ohio for the Pretrial.

WHEREFORE, Mr. Vaccaro respectfully requests this Court order the U.S. Marshal to transport him from his residence in Miami, Florida to Cleveland, Ohio to attend the Pretrial scheduled for April 25, 2024, at 2:00 p.m. and thereafter to return Mr. Vaccaro back to Miami, Florida after the Pretrial.

Respectfully submitted,

/S/ NATHAN A. RAY
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

<u>PROOF OF SERVICE</u>

    I hereby certify that on April 11, 2024, a copy of the foregoing Motion for Order Requiring U.S. Marshal to Transport Defendant to the Pretrial was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                      */S/ NATHAN A. RAY*
                                      NATHAN A. RAY
                                      Attorney for Defendant