UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CHARLES VACCARO, *et al.*, | ) | |
| Defendants | ) | **ORDER** |

Pending before the Court is Defendant's Motion for Order Requiring the U.S. Marshal to transport Defendant Charles Vaccaro, (ECF No. 319) for his In-Person hearing on April 25, 2024 at 2:00 p.m.  The court granted said request in a non-document entry on this same date provided the request was within the purview of the U.S. Marshal.  The court has since received word from the Marshal that they are able to pay for Defendant Vaccaro's incoming transportation expenses and enroute subsistence per diem during actual travel, but the U.S. Marshal Service cannot pay for lodging and subsistence during his stay, nor can they pay for any return transportation expenses.  If Counsel has any further questions regarding this issue, they should communicate directly with the U.S. Marshal Service.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 12, 2024