IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392-1 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | <u>MOTION FOR FUNDS TO TRANSPORT DEFENDANT BACK HOME AFTER PRETRIAL</u> |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and respectfully moves this Court for an order for funds transporting Defendant back home after the Pretrial scheduled for April 25, 2024, at 2:00 p.m.

Mr. Vaccaro had previously filed with this Court a Motion For Order Requiring U.S. Marshal to Transport Defendant to the Pretrial. (Doc. #319, Motion, PageID #9571-9572). This Court granted that motion. (Doc. #320, Order, PageID #9573). Since the filing of that Order, counsel has learned that the U.S. Marshal will provide funds so that Mr. Vaccaro can get to Cleveland for the Pretrial, but will not assist in the return of Mr. Vaccaro to Miami, Florida, where his home is. Nor will they assist in Mr. Vaccaro's obtaining lodging during the time he is in Cleveland, meaning that he will have to arrive in Cleveland the day of the hearing and return the same day to Miami. As undersigned counsel was appointed as CJA counsel for Mr. Vaccaro, Mr. Vaccaro does not have the funds necessary to get from Miami, Florida to Cleveland, Ohio for the Pretrial, nor the funds to return to Miami. While he will be relying on funds from the U.S. Marshal to get here, he does not have sufficient funds of his own to return home and will have to have additional funds provided by the Court to both stay here, should it become necessary, and return home to Miami.

WHEREFORE, Mr. Vaccaro respectfully requests this Court order that funds be provided so that he can return back to Miami, Florida after the Pretrial, and if necessary, funds for him to obtain lodging and subsistence.

Respectfully submitted,

/S/ NATHAN A. RAY
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on April 15, 2024, a copy of the foregoing Motion for Funds to Transport Defendant Back Home After Pretrial was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/S/ NATHAN A. RAY
NATHAN A. RAY
Attorney for Defendant