UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | **ORDER** |

Pending before the Court is Defendant's Motion for Funds for Defendant's Transportation, Lodging and Subsistence (ECF No. 322). The Court will grant Defendant's Motion, as outlined below, for the upcoming Pretrial Conference set for April 25, 2024 at 2:00 p.m. in Courtroom 19A at the Carl B. Stokes Courthouse, 801 West Superior Avenue, Cleveland, Ohio, for the reasons stated in the Motion.

Lodging shall be reimbursed up to $150.00 per night upon Defendant's arrival in Cleveland. The court has been advised that the U.S. Marshal will transport Mr. Vaccaro on April 24, 2024 to Cleveland for the hearing on April 25, 2024. Defendant shall be allowed a $51.75 daily subsistence from April, 24, 2024 through April 26, 2024. Return travel will be reimbursed up to $140.00 from Cleveland to Miami, Florida. Defendant must retain all receipts for reimbursement. Attorney Nathan A. Ray must contact Financial Specialist, Leeann Weber to discuss travel, lodging, and reimbursement limitations and instructions. If further travel is required, a motion to extend travel

will need to be filed with the Court. Further, Defendant must file a motion for any subsequent transportation to the court, and said future travel to the court must again be arranged through the Office of the U.S. Marshal.

Defendant may be required to reimburse, in whole or in part, the cost of his travel should his financial circumstances change, or his assets be found to be sufficient to cover the cost of his travel.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 22, 2024