IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, et al., | ) | OPPOSITION TO DEFENDANT |
| | ) | VACCARO'S MOTION TO CONTINUE |
| Defendants. | ) | TRIAL |

The United States of America, by and through undersigned counsel, respectfully opposes Defendant Vaccaro's request for a continuance of the trial scheduled for June 3, 2024.

This case was indicted nearly four years ago on July 23, 2020, and trial has been delayed numerous times to accommodate multiple changes to Defendant Vaccaro's counsel. After the most recent change in counsel, the Court afforded the Defendants with time to assess the amount of discovery, deconflicted schedules, and entered the current trial order on October 16, 2023, after receiving input from all parties. While the government recognizes the challenge posed by the volume of discovery and scheduling challenges, the government has offered and conducted multiple reverse proffers to review pertinent evidence and has offered to assist counsel locate particular materials in discovery.

On January 29, 2024, the government offered to provide Defendant with a second reverse proffer since counsel did not have the benefit of the previous presentation to Defendant's former counsel. On April 9, 2024, the government received a response accepting that invitation and promptly scheduled the meeting. Since the meeting, the government provided Vaccaro's counsel

with copies of some of the most pertinent evidence, including select text message threads, audio recordings and documents, to assist counsel's review of the discovery and prepare for trial.

Any significant delay of the trial date is unnecessary for Defendant to adequately prepare for trial. The motion should be denied.

        Respectfully submitted,

        REBECCA C. LUTZKO
        United States Attorney

By: /s/ Alejandro A. Abreu
     Alejandro A. Abreu (OH: 0089477)
     James L. Morford (OH: 0005657)
     Assistant United States Attorneys
     United States Court House
     801 West Superior Avenue, Suite 400
     Cleveland, OH 44113
     (216) 622-3620/3743
     (216) 522-2403 (facsimile)
     Alejandro.A.Abreu@usdoj.gov
     James.Morford@usdoj.gov