UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | **ORDER** |

The court held a Final Pretrial Conference in this case on April 25, 2024 at 2:00 p.m. Assistant U.S. Attorneys Alejandro Abreu and James Morford were present for the United States. Attorney Nathan Ray was present with Defendant Charles Vaccaro. Attorney Edward Mullin was present with Defendant Dennis Ruggeri. And Assistant Federal Public Defender Justin Roberts was present with Defendant Gary Berlly. The court reporter was Sarah Nageotte.

Both Counsel for Defendants Vaccaro and Berlly indicated they were prepared to proceed to trial. Counsel for Mr. Ruggeri advised that discussions with the Government were ongoing, and that he was still hopeful a resolution prior to trial could be reached. If not, Counsel indicated he would need more time to prepare for trial.

The court addressed Defendant's Motion to Continue the Trial date, (ECF No. 323) filed by Attorney Ray on behalf of Mr. Vaccaro, and Mr. Roberts' Oral Motion to hold a separate trial as to his client Mr. Berlly. After some colloquy, and for the reasons stated on the open record, the court denies Mr. Roberts' Motion for a separate trial, finding there is significant overlap of the cases, and

that separation would not be economical. The court found that granting the extension would not be such as to prejudice Mr. Berlly, especially since he is not being detained. Consequently, the court granted the continuance of trial, as stated on the open record. The court finds, under 18 U.S.C. § 3161 (h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial. No further extensions of trial will be granted. A separate Revised Trial Order shall issue.

The United States will provide to Defense Counsel the Expert Witnesses they plan on using for trial within 7 days from the date of this Order. Defense Counsel shall identify their Experts, within 45 days after the Government provides its Expert Witnesses.

Finally, the court will hold a telephonic status conference with counsel for the parties on June 10, 2024 at 2:30 p.m. Dial-in information will be issued separately.

IT IS SO ORDERED.

>　　　　　　　　　　　　　　　　　　　*/s/SOLOMON OLIVER, JR.*
>　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

April 26, 2024