UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | **ORDER** |

     This Order supplements the Minute Order of proceedings (ECF No. 327) filed this same date. During the hearing, Counsel for Defendant Vaccaro indicated he is contemplating filing a motion regarding jurisdiction of this case. Any such motion should be filed within 14 days of the date of this Order.

     IT IS SO ORDERED.

                                        */s/SOLOMON OLIVER, JR.*
                                        UNITED STATES DISTRICT JUDGE

April 26, 2024