UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

A status conference was held on the record with counsel for the parties in the above-captioned case on July 12, 2024, at 11:30 a.m. The court announced its decision denying Defendant Charles Vaccaro's Motion to Transfer Venue (ECF No. 337) and Defendant Gary Berlly's Motion to Dismiss (ECF No. 339), indicating it would issue a written order to that effect shortly. The court will also rule on Defendant Berlly's Motion to Sever (ECF No. 338).

In addition, counsel for the Government informed the court that he will be leaving the Office of the U.S. Attorney later this month and that new counsel will soon be appearing in this case. Nevertheless, counsel for the Government assured the court that his departure would not delay the trial of the case. To facilitate the transition to the Government's new counsel, the court will hold a telephonic status conference on July 24, 2024, at 3:30 p.m. Dial-in information for that conference will be issued separately.

Finally, counsel for Defendant Vaccaro informed the court that he is still trying to secure

an expert witness for trial. On June 10, 2024, the court granted Vaccaro a 45-day continuance to fully serve any expert disclosures. That deadline remains in place, as do all of the dates established in the Revised Criminal Trial Order (ECF No. 328). If counsel needs additional time, he will motion the court.

    IT IS SO ORDERED.

                                              */s/ SOLOMON OLIVER, JR.*
                                              UNITED STATES DISTRICT JUDGE

July 17, 2024