IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 20-CR-00392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, ET AL, | ) | NOTICE OF APPEARANCE |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko,

United States Attorney, and Vanessa V. Healy, Assistant U. S. Attorney, and respectfully advises

the Court that the undersigned will appear as counsel of record, and requests that all notices and

entries sent by this Court be sent to Vanessa V. Healy, Assistant U. S. Attorney.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:   /s/ Vanessa V. Healy
Vanessa V. Healy (OH: 0092212)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3652
(216) 522-7499 (facsimile)
Vanessa.Healy@usdoj.gov