UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:20 CR 392 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| CHARLES VACCARO, *et al.*, ) | |
| ) | |
| Defendants ) | **ORDER** |

      The court held a telephonic status conference with counsel for the parties on July 24, 2024 to discuss the fact that new counsel for the government was entering the case in light of the fact that Attorney Abreu was leaving the U.S. Attorney's Office shortly. The court wanted to ensure new counsel would be prepared to proceed to trial as scheduled on September 30, 2024. Assistant U.S. Attorneys Vanessa Healy, Erica Barnhill, and Alejandro Abreu were present on behalf of the government. Attorneys Nathan Ray, Edward Mullin and Justin Roberts were present on the call on behalf of their clients Charles Vaccaro, Dennis Ruggeri and Gary Berlly, respectively. Defendant Vaccaro was also present on the call, as well as Attorney David Raben on behalf of his client, Dror Svorai, who has not yet been sentenced in this matter.

      Ms. Healy advised the court that trial in a similar case before Judge Calabrese that was set for August, 2024 was continued for one week, and is now expected to last approximately four weeks, extending into September. The government advised that their witnesses in that case are the same witnesses expected to be called in the instant case, although there is different counsel for the government in the cases, and requested a brief continuance in this matter. Mr. Ray and Mr. Roberts

objected to any continuances as stated on the record, given how long this case has already been pending. Mr. Mullin advised he remained hopeful he and his client could work out an agreement short of trial during the interim period with new counsel for the government, but will be preparing to go to trial as scheduled.

After hearing from all the parties, and considering the court's own trial schedule over the coming months, the court will maintain a trial start date of September 30, 2024 in this case.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

July 25, 2024