IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392-1 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | |
| Defendants | * | MOTION FOR ENLARGEMENT OF TIME TO SUBMIT EXPERT WITNESS INFORMATION |
| * * * | | |

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and respectfully moves this Court for an order granting him an additional thirty days in which to submit his disclosure of expert witness information. Counsel has been attempting to locate and has spoken with several individuals regarding this case to provide expert witness testimony. Counsel has additional individuals that he is speaking with today regarding this matter.

As counsel has not yet obtained an expert witness, additional time is required to submit this information to the government.

WHEREFORE, Mr. Vaccaro respectfully requests an additional thirty days in which to disclose expert witness information.

Respectfully submitted,

/S/ NATHAN A. RAY
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

## PROOF OF SERVICE

    I hereby certify that on July 25, 2024, a copy of the foregoing Motion for Enlargement of Time to Submit Expert Witness Information was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                         */S/ NATHAN A. RAY*
                                                         NATHAN A. RAY
                                                         Attorney for Defendant