IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392-1 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | RESPONSE TO DEFENDANT CHARLES |
| | ) | VACCARO'S MOTION FOR |
| Defendant. | ) | ENLARGEMENT OF TIME |

Now comes the United States of America, by and through its undersigned counsel, and responds to Defendant Charles Vaccaro's Motion for Enlargement of Time. The United States does not object to Defendant's motion for an additional thirty days to submit disclosure of Defendant's expert witness information. However, given the current September 30, 2024, trial date, depending on the timing of and information included in the Defendant's expert disclosure, the United States may renew its motion for a continuance if additional time is needed to address issues raised by the Defendant's expert.

                        Respectfully submitted,

                        REBECCA C. LUTZKO
                        United States Attorney

By:   /s/ Vanessa V. Healy
        Vanessa V. Healy (OH: 0092212)
        Erica D. Barnhill (OH: 0079309)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3652
        (216) 522-7499 (facsimile)
        Vanessa.Healy@usdoj.gov
        Erica.Barnhill@usdoj.gov