IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, ET AL, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Vanessa V. Healy, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Vanessa V. Healy, Assistant U.S. Attorney, also be sent to Erica D. Barnhill, Assistant U. S. Attorney.

                                              Respectfully submitted,

                                              REBECCA C. LUTZKO
                                              United States Attorney

By:   /s/ Erica D. Barnhill
          Erica D. Barnhill (OH: 0079309)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3967
          (216) 522-2403 (facsimile)
          Erica.Barnhill@usdoj.gov