UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:20 CR 392 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| CHARLES VACCARO, *et al.*, ) | |
| ) | |
| Defendants ) | **ORDER** |

Pending before the Court is Defendant's Motion for Order Requiring the U.S. Marshal to transport Defendant Charles Vaccaro, (ECF No. 373) for an In-Person Final Pretrial Conference on August 15, 2024 at 2:30 p.m.  The court grants said request to the extent that the U.S. Marshal has previously advised that they are able to pay for his incoming transportation expenses and enroute subsistence per diem during actual travel, but the U.S. Marshal Service is not authorized to pay for lodging and subsistence during any subsequent stay, nor can the Marshal Service pay for any return transportation expenses.  Additional expenses per diem, lodging and return travel must be requested separately and coordinated with the CJA Specialist. (See previous Order of the court, ECF No. 324).

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 6, 2024