IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20CR392-1 |
| Plaintiff, | * | |
| -vs- | * | JUDGE SOLOMON OLIVER, JR. |
| CHARLES VACCARO | * | <u>MOTION FOR FUNDS FOR DEFENDANT'S TRANSPORTATION AND SUBSISTENCE</u> |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Charles Vaccaro, by and through undersigned counsel, and respectfully moves this Court for an order for funds so that he can meet with counsel prior to and after the pretrial scheduled for August 15, at 2:30 p.m. Counsel had previously motioned this Court for funds for travel to and from the hearing, which this Court granted to the extent that it could (Doc. #374). The U.S. Marshal will provide transportation to Cleveland from New York but will not provide transportation back to New York.

Mr. Vaccaro is requesting these funds so that he can meet with counsel. The travel is not solely for the hearing, but for the most cost-effective way to meet with the client to plan case strategy. This will be true even throughout the duration of the trial. The discovery that has been provided is extensive in nature, with over two hundred eighty thousand documents and numerous other items of discovery, including several phone extracts. To be able to review this discovery with Mr. Vaccaro, counsel will need to meet with Mr. Vaccaro. Travel to and from Cleveland on August 15, 2024 is not solely for the pretrial, but rather to give counsel an opportunity to meet on an attorney-client basis.

As undersigned counsel was appointed as CJA counsel for Mr. Vaccaro, Mr. Vaccaro does not have the funds for travel, lodging or subsistence.

WHEREFORE, Mr. Vaccaro respectfully requests this Court order that funds be provided so that he can come to Cleveland and have an opportunity to meet with counsel to review discovery.

Respectfully submitted,

/S/ NATHAN A. RAY
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on August 9, 2024, a copy of the foregoing Motion for Funds For Defendant's Transportation and Subsistence was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/S/ NATHAN A. RAY
NATHAN A. RAY
Attorney for Defendant