UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DENNIS RUGGERI, | ) | |
| GARY BERLLY, | ) | |
| | ) | |
| Defendants | ) | **PRETIAL CONFERENCE ORDER** |

The court held an in-person final pretrial status conference on August 15, 2024. Assistant U.S. Attorneys Vanessa Healy and Erica Barnhill were present for the government. Attorney Nathan Ray was present with his client Charles Vaccaro. Attorney Edward Mullin was present on behalf of his client Dennis Ruggeri. Justin Roberts was present with his client Gary Berlly.

Attorney Healy advised that trial in another matter before Judge Calabrese, with overlapping government witnesses, will beginning August 19, 2024, and is expected to last approximately four weeks. Counsel for the government will keep this court informed of any issues that may effect the trial in the instant case, which remains set for September 30, 2024.

Attorney Mullin advised that he and his client are preparing for trial, but are also conferring with each other and Counsel for the government in an effort to resolve the case against Mr. Ruggeri short of trial. Mr. Roberts also indicated he and his client Mr. Berlly are prepared to go to trial, but continue conversations with the government in the event a resolution may be reached.

Attorney Ray updated the court on his efforts to secure an expert, indicating that he has not

been able to do so. The court then shared with Mr. Ray the fact that Mr. Vaccaro has contacted the court regarding some dissatisfactions with his representation. The court informed Mr. Vaccaro that we would have to address this issue on the record. The court provided a short recess for Mr. Ray to speak with Mr. Vaccaro and determine how best to proceed going forward. After the recess, both Mr. Ray and Mr.Vaccaro appeared ready to proceed. But after further discussion on the record, Mr. Ray volunteered to step aside. After even further discussion, the court determined that there is no basis for him to be removed from the case, with Vaccaro indicating that he felt Mr. Ray could competently represent him. This case will proceed to trial as scheduled on September 30, 2024.

   IT IS SO ORDERED.

                  */s/SOLOMON OLIVER, JR.*
                  UNITED STATES DISTRICT JUDGE

August 16, 2024