UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DENNIS RUGGERI, | ) | |
| GARY BERLLY, | ) | |
| | ) | |
| Defendants | ) | **TELEPHONE CONFERENCE ORDER** |

The court held a telephone status conference on September 6, 2024 at the request of Assistant U.S. Attorney Vanessa Healy to advise the court of the progress in a case before Judge Calabrese, currently in trial, in which the same government agents are involved. Present at the pretrial were Assistant U.S. Attorney Healy, and Defense Counsel Nathan Ray, Edward Mullin and Justin Roberts on behalf of their respective clients.

Ms. Healy indicated that the trial before Judge Calabrese is going forward in three phases, and advised this court that phase one is just now concluding. However, there are still phase two and phase three to be heard after phase one is resolved. The government expects the length of trial to be extended to at least 5 weeks, which would begin to encroach upon preparation time for trial, and perhaps start of trial in the instant matter. Further, the case agents for the government are the same in the case before Judge Calabrese and this court. It is expected that the case before the other court will not resolve in sufficient time for the agents in that case and Ms. Healy to prepare for trial in this

case. She further indicated there are ongoing discussions toward resolution with Counsel for Defendants in this case. For these reasons, Counsel for the United States orally renewed her Motion for a continuance of trial in the instant matter.

The court turned to counsel for the three remaining Defendants in this case, all of whom indicated they are still hopeful for resolution prior to trial, but it has been difficult due to the fact that all Defendants are out of state, some with limited resources, and two of the three Defendants are dealing with personal medical issues, making it difficult for them to travel to Ohio to engage in meaningful negotiations. The government indicated it would be helpful to renewed efforts to resolve the matters before this court if trial were continued for a brief period. Further, Counsel for Defendants did not object to continuance of trial in light of the information provided by Ms. Healy.

For the reasons stated, the court grants the United States' oral motion to continue trial in this case and finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial. The final plea cut-off date is September 20, 2024. The parties shall promptly advise the court if their respective matters resolve, or whether they have been unable to resolve. In the meantime, the court will reset this case for trial at the earliest possible date available to the court and the parties.

IT IS SO ORDERED.

>*/s/SOLOMON OLIVER, JR.*
>UNITED STATES DISTRICT JUDGE

September 6, 2024