UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:20 CR 392 |
| Plaintiff | JUDGE SOLOMON OLIVER, JR. |
| v. | |
| CHARLES VACCARO, DENNIS RUGGERI, GARY BERLLY, | |
| Defendants | **PRETIAL CONFERENCE ORDER** |

The court held a Telephone Status Conference on September 26, 2024 at 3:30 p.m. Present on the call were Assistant U.S. Attorneys Vanessa Healy and Erica Barnhill. Attorneys Nathan Ray, Marissa Darden and Robert Kolansky and Assistant Federal Public Defender Justin Roberts were also present on behalf of their respective clients, Mr. Vaccaro, Mr. Ruggeri and Mr. Berlly. Mr. Vaccaro was also present on the call.

Ms. Darden, who was newly appointed by this court for Mr. Ruggeri, advised the court that she has not received any discovery to date from his former counsel Mr. Mullin. In order to get Mr. Ruggeri's new counsel up to speed as soon as possible, Ms. Healy advised she will work on getting discovery to her as quickly as she can.

Mr. Ray and Mr. Roberts both indicated they continue discussions with the government and their respective clients regarding possible resolution, but it appears that their matters will be proceeding to trial.

The court granted the United States' oral motion for continuance at the September 6, 2020 telephone conference. In light of the appointment of new counsel for Mr. Ruggeri since that time,

and the need for her to have an opportunity to receive and review discovery, and confer with her client, the court granted Ms. Darden's oral motion to continue trial until a date in February, 2025. There was no objection to the oral motion by any of the other parties. The court grants said continuance for the reasons stated on the open record, and finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendants in a speedy trial.

The court will hold a telephonic status conference in approximately 60 days, on November 25, 2024 at 2:00 p.m. to touch base with all counsel, and ensure new counsel has the materials needed to move forward and get up to speed as quickly as possible, and engage with her client.

The parties discussed new final pretrial and trial dates after the conference with the court's courtroom deputy. A separate trial order shall issue with those new dates.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 27, 2024