UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| | ) | |
| Defendant | ) | **TELEPHONE CONFERENCE ORDER** |

The court held a Telephone Conference on October 8, 2024 regarding a letter to the court by Defendant Vaccaro requesting new counsel. Present at the pretrial were Assistant U.S. Attorneys Vanessa Healy and Erica Barnhill. Attorney Nathan Ray was also present on the call as was Defendant Charles Vaccaro. The court reporter was Lance Boardman.

The court discussed the concerns stated within the letter with both Mr. Ray and Mr. Vaccaro. After some extended colloquy, the court decided that, rather than remove Mr. Ray from the case at this late stage and begin again with new counsel, the court will appoint co-counsel to assist Mr. Ray in defense of Mr. Vaccaro. Both Defendant Vaccaro and Attorney Ray were amenable to this solution.

Therefore, the court will, in its discretion, appoint co-counsel to assist Attorney Ray in this case, for the reasons stated on the record.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 8, 2024