UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.: 1:20 CR 392 |
| ) | |
| Plaintiff  ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v.  ) | |
| ) | |
| CHARLES VACCARO,  ) | |
| DENNIS RUGGERI,  ) | |
| GARY BERLLY,  ) | |
| ) | |
| Defendants  ) | **PRETIAL CONFERENCE ORDER** |

The court held a Telephonic Pretrial Conference on November, 2024 at 2:00 p.m. Present on the call were Assistant U.S. Attorneys Vanessa Healy and Erica Barnhill. Defense Counsel Nathan Ray, Marisa Darden, and Justin Roberts were present for their respective clients; Charles Vaccaro, Dennis Ruggeri, and Gary Berlly. Mr. Vaccaro also joined on the call.

Since the last telephone conference, counsel for the government indicated new counsel for Mr. Ruggeri is now in possession of all discovery and expects to meet with them to discuss the possibility of a reverse proffer. The court has been working diligently to obtain co-counsel for Mr. Vaccaro, and advised it is awaiting word back from additional counsel. Mr. Roberts advised he believes the matter as to Mr. Berlly has resolved and will contact the court once confirmed. He inquired as to the possibility of his client appearing by Zoom video conference for a change of plea hearing due to his health and the difficulties in having the U.S. Marshal arranging transport for him

to the proceedings due to his indigent status.  Counsel for the United States indicated they have no objection to proceeding by Zoom for a change of plea hearing as to Mr. Berlly.  The court grants permission to proceed by Zoom video hearing as to Mr. Berlly for the reasons set forth on the open record.

     A Telephonic Pretrial Conference is set for 1/7/2025 at 11:00 AM before Judge Solomon Oliver Jr. Dial-in information will be sent separately.

     IT IS SO ORDERED.

                                                      */s/SOLOMON OLIVER, JR.*
                                                      UNITED STATES DISTRICT JUDGE

November 26, 2024