UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:20 CR 392 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| CHARLES VACCARO, ) | |
| DENNIS RUGGERI, ) | |
| ) | |
| Defendants ) | **PRETIAL CONFERENCE ORDER** |

The court held a Telephone Status Conference on December 19, 2024 at 2:00 p.m. Present at the pretrial were Assistant U.S. Attorneys Vanessa Healy and Erica Barnhill, Counsel for Defendant Charles Vaccaro, Attorney Nathan Ray, and Counsel for Defendant Dennis Ruggeri, Attorney Robert Kolansky. Also present on the call was Defendant Charles Vaccaro. The court reporter was Heather Newman.

Mr. Kolansky indicated that all discovery has been received as to Mr. Ruggeri's case, they have met with the government regarding the discovery that relates to their case. He advised Mr. Ruggeri's team intends to meet with their client in Florida, and discuss the pertinent facts with him in order to work toward deciding the best way to resolve the case as to Mr. Ruggeri. Ms. Healy indicated they are still working toward a resolution short of trial as to Mr. Ruggeri, if possible.

As to the issue of finding co-counsel for Mr. Vaccaro, the court advised this has proven to be a rather difficult undertaking. The court has spoken with several counsel, and has not been able

to secure co-counsel for various reasons, including conflicts of interest. After some colloquy with Attorney Ray, and Mr. Vaccaro, both of whom indicated co-counsel is needed, the court decided it would continue to take the time necessary to find counsel. The court advised it would continue to work toward finding co-counsel as to Mr. Vaccaro's case, and will confer with Mr. Ray after this call for further input.

For all the reasons set forth on the record, the court grants Defendant Vaccaro's oral motion to continue trial, to which there was no objection. The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial.

The Status Conference on January 7, 2025 is hereby canceled. The court will hold a Telephone Status Conference on February 3, 2025 at 2:30 p.m.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 20, 2024