IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR392-1 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **Defendant Charles Vaccaro's** |
| CHARLES VACCARO, | ) | **Unopposed Motion for** |
| | ) | **Permission** |
| Defendant. | ) | **to Travel** |
| | ) | |

      NOW COMES Charles Vaccaro, by and through undersigned counsel, and moves this Court for the entry of an order permitting Mr. Vaccaro to travel from Miami, Florida on **Thursday May 1, 2025** to the city of New Orleans, then returning to his residence in Long Island, New York **Sunday May 4, 2025**.

      The purpose of Mr. Vaccaro's trip is personal in nature.  He will be accompanying his significant other who has business meetings in New Orleans during the time period of their visit to New Orleans.  An itinerary of Mr. Vacarro's specific airfare arrangements and the hotel arrangements will be provided to his U.S. Pretrial Services Officer if this request is approved.

      This request has been separately communicated to Vanessa Healy, Assistant U.S. Attorneys, and to U.S. Pretrial Services Officer Jorge Ferdinandy.  Mr. Vaccaro is currently on bond and has abided by all bond conditions to date.  The U.S. Attorney's Office and U.S. Pretrial Services have no objection to Mr. Vaccaro's request to this Court for permission to travel as requested above.

Respectfully submitted,

*/s/ John F. McCaffrey*
John F. McCaffrey (0039486)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.696.3486
Facsimile:   216.592.5009
john.mccaffrey@tuckerellis.com

*/s/ Nathan A. Ray (per consent)*
Nathan A. Ray (0041570)
Burdon & Merlitti – Akron
159 South Main St
Suite 401
Akron, OH  44308
Telephone: 330.253.7171
Facsimile: 330.253.7174
Burdon-merlitti@neo.rr.com

*Attorneys for Defendant Charles Vaccaro*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *John F. McCaffrey*
John F. McCaffrey (0039486)

*One of the Attorneys for Defendant Charles Vaccaro*
