IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, *et al.*, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Erica D. Barnhill, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Erica D. Barnhill, Assistant U.S. Attorney, also be sent to Brenna L. Fasko, Assistant U. S. Attorney.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ Brenna L. Fasko
Brenna L. Fasko (OH: 0084897)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3618
(216) 522-8355 (facsimile)
Brenna.Fasko@usdoj.gov